**Electronically Filed**
**Supreme Court**
**SCWC-13-0005130**
**16-MAR-2015**
**11:14 AM**

SCWC-13-0005130

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

DANA E. VINCENT,
Petitioner/Plaintiff-Appellee,

vs.

JACQUELINE CLOUSE,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005130; CIVIL NO. 10-1-2336)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Dana E. Vincent's

Application for Writ of Certiorari filed on February 6, 2015, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, March 16, 2015.

Randall L.K.M. Rosenberg
Charles E. McKay and
Moana A. Yost
for petitioner

Jonathan L. Ortiz and
Wade J. Katano
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

